MINTER v. OSBORNE CO.

No. 445P97

Case below: 127 N.C.App. 134

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

NATIONSBANK OF VA. v. WDF-HICKORY, INC.

No. 407P97

Case below: 126 N.C.App. 830

Petition by defendants (WDF-Hickory, Inc., Wayne D. Franklin and Basic Tool Co.) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

NORMAN v. CAMERON

No. 433P97

Case below: 127 N.C.App. 44

Petition by petitioners (Norman and Foust) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Motion by Attorney General to dismiss appeal allowed 6 November 1997.

PAGE v. MARSHALL OIL CO.

No. 455A97

Case below: 127 N.C.App. 396

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 November 1997.

PATTI v. CONTINENTAL CASUALTY CO.

No. 376P97

Case below: 126 N.C.App. 643

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.